

4-4-25

Archie L. Robinson

v.

Trooper B. McClendon H 014   3:25-CV-270-CWR-LGI

42 U.S.C. 1983 Deprivation of Rights under color of Law.

I was travelling on 1-4-24 when:

1. I encountered Trooper B. McClendon at an unconstitutional road block and I was illegally detained in violation of the Fourth Amendment.

2. I was illegally searched, in violation of the Fourth Amendment, by Trooper B. McClendon.

3. I had my property illegally seized by Trooper B. McClendon, in violation of my Fourth Amendment Rights.

4. My phone was forced out of my hands, by Trooper B. McClendon, in violation of the Bayne Act.

5. I was falsely arrest by Trooper B. McClendon, in violation of my Fourth Amendment Right.

6. I was falsely imprisoned because of Trooper B. McLendon, in violation of my Fourth Amendment Rights.

7. I was denied the Right to Due Process by Trooper B. McClendon.

I am seeking $100,000 in compensation for the mental, emotional, and physical plus financial destress your actions caused.

Sincerly
Archie Robinson
U.C.C. 1-308

Archie Robinson
2207 E. 12th Str #7
Pueblo, Colorado 81001
601-564-2260
ArchieLindaSun1971@Gmail.com


Trooper B. McClendon H 014
910 US-11
Meridian, Mississippi 39301
601-693-1926